FILED

12/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0729

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**No. DA 19-0729**

CHRISTOPHER WAGNER,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

**ORDER**

Counsel for Appellant Christopher Wagner has filed a third motion for extension of time to file the reply brief in this matter. In the first order granting an extension of time, the Court stated no further extensions will be granted. The second order granting an extension of time the Court stated that no further extensions would be granted and if the reply brief was not filed by December 21, 2020, the matter would be deemed submitted on the briefs filed.

**IT IS HEREBY ORDERED** that the motion for extension of time to file the reply brief is DENIED, and the matter is deemed submitted on the briefs filed to date.

The Clerk's office is directed to send the matter up to the Court for consideration.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 22 2020